UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CYNTHIA SMALLEY, CLIFFORD R. MOORE, JR. AND CATHERINE M. MOORE, TRUSTEES ON BEHALF OF C.R. & C.M. MOORE LIVING TRUST; AND JERRY SELWEN, D/B/A SELWYN PROPERTIES, SP<br><br>Plaintiffs<br><br>V.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant | §§§§§§§§§§§§§§§<br><br>CIVIL NO. 6:18-cv-00180-RWS<br><br>JURY TRIAL |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW CYNTIA SMALLEY, CLIFFORD R. MOORE, JR. AND CATHERINE M. MOORE, TRUSTEES ON BEHALF OF CR & CM MOORE LIVING TRUST AND JERRY SELWYN, D/B/A SELWYN PROPERTIES, SP., Plaintiffs, and UNION PACIFIC RAILROAD COMPANY, Defendant, collectively the Parties, and file this their Joint Motion for Dismissal with Prejudice. In support thereof, the Parties would respectfully show the Court as follows:

I.

The Parties to this Joint Motion for Dismissal are all of the parties to the above-styled and numbered cause.

II.

The Parties have reached a resolution that fully disposes of all disputed issues of law and fact. Therefore, other than entering an Order of Dismissal, the intervention of this Court is no longer needed.

The Parties seek to be released from any discovery retention requirement under the Federal Rules, and request that they may dispose of all discovery retained herein thirty (30) days from the date of the signing of the Order of Dismissal with Prejudice.

**IV.**

WHEREFORE, PREMISES CONSIDERED, the Parties pray that the above-styled and numbered cause be dismissed with prejudice and that all costs of court be taxed against the parties incurring same.

AGREED and respectfully submitted,

Respectfully submitted,

By: */s/ Charles Nichols*____
CHARLES W. NICHOLS, ATTORNEY
Texas Bar No. 14994200
Email: cnichols@charlesnicholslaw.com
617 E. Lacy St.
Palestine, TX 75801
Tel. (903) 729-5104
Fax. (903) 729-0347
Attorney for Plaintiffs

Respectfully submitted,

 */s/ John Proctor*_____
John W. Proctor
State Bar No. 16347300
Brown, Dean, Proctor & Howell, LLP
306 West 7th Street, Suite 200
Fort Worth, TX  76102
Email:  jproctor@browndean.com
Telephone:  (817) 332-1391

*/s/ Elizabeth Graham*
ELIZABETH A. GRAHAM
State Bar No. 24104570
Union Pacific Railroad Company
24125 Old Aldine Westfield Road
Spring, TX 77373
Email: eagrahm@up.com
Telephone: (281) 350-7660

ATTORNEYS FOR DEFENDANT,
UNION PACIFIC RAILROAD COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served on all counsel of record, via the Court's CM/ECF system and/or email transmission, in accordance with the Federal Rules of Civil Procedure, on this the 11th day of January, 2019.

                                         */s/ John Proctor*
                                         John W. Proctor