# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| CYNTHIA SMALLEY, CLIFFORD R. MOORE, JR. AND CATHERINE M. MOORE, TRUSTEES ON BEHALF OF C.R. & C.M. MOORE LIVING TRUST; AND JERRY SELWEN, D/B/A SELWYN PROPERTIES, SP<br><br>    Plaintiffs<br><br>V.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>    Defendant | §§§§§§§§§§§§§§ | <br><br><br><br><br><br><br>CIVIL NO. 6:18-cv-00180-JDK<br><br><br>JURY TRIAL |

## ORDER OF DISMISSAL WITH PREJUDICE

ON THE 14th DAY OF January, 2019, came on to be considered the Joint Motion for Dismissal with Prejudice filed by CYNTHIA SMALLEY, CLIFFORD R. MOORE, JR. AND CATHERINE M. MOORE, TRUSTEES ON BEHALF OF CR & CM MOORE LIVING TRUST AND JERRY SELWYN, D/B/A SELWYN PROPERTIES, SP., Plaintiffs, and UNION PACIFIC RAILROAD COMPANY, Defendant, in the above-styled and numbered cause.

After consideration of the pleadings on file, the Joint Motion for Dismissal and the agreement of the Parties as indicated by the signatures of their attorneys, the Court is of the opinion that the motion should be GRANTED and all causes of action asserted herein dismissed with prejudice.

IT IS THEREFORE ORDERED that the above-styled and numbered cause is hereby dismissed with prejudice and that all costs of court shall be taxed against the Parties incurring same.

IT IS FURTHER ORDERED that the parties are further released from any discovery retention requirement under the Federal Rules of Civil Procedure, and may dispose of all discovery retained herein thirty (30) days from the date of the signing of this Order.

So **ORDERED** and **SIGNED** this **15th**  day of  **January, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE