# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CYNTHIA SMALLEY, CLIFFORD R. MOORE, JR. AND CATHERINE M. MOORE, TRUSTEES ON BEHALF OF C.R. & C.M. MOORE LIVING TRUST; AND JERRY SELWEN, D/B/A SELWYN PROPERTIES, SP, <br><br> **Plaintiffs,** <br><br> V. <br><br> UNION PACIFIC RAILROAD COMPANY, <br><br> **Defendant.** | CIVIL NO. 6:18-cv-00180-JDK <br><br> JURY TRIAL |

## FINAL JUDGMENT

Pursuant to the Joint Motion of Dismissal, the Court hereby enters Final Judgment. Plaintiffs Cynthia Smalley, Clifford R. Moore, Jr. and Catherine M. Moore, Trustees on Behalf of C.R. & C.M. Moore Living Trust; and Jerry Selwen d/b/a Selwyn Properties SP filed suit against Defendant Union Pacific Railroad Company on April 27, 2018.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**. All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

So **ORDERED** and **SIGNED** this **15th** day of **January, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE